# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WARREN C. REAVIS, III

NO. 2019 KW 1168

**NOV 1 2 2019**

In Re:    Warren C. Reavis, III, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 528,248.

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

    **WRIT DENIED.** Relator was convicted of attempted looting during the existence of a state of emergency, a felony in violation of La. R.S. 14:27 and 14:62.5(C). Pursuant to La. R.S. 14:62.5(C), the district court was required to impose relator's sentence without benefit of parole. It is well-settled that the conditions imposed on the habitual offender sentence are those mandated in the statute that a defendant is accused of violating. See **State v. Bruins,** 407 So.2d 685, 687 (La. 1981); **State v. Thomas,** 2012-0177 (La. App. 1st Cir. 12/28/12), 112 So.3d 875, 878.

**VGW**
**JMG**
**WJC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT